IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN ANDREW KISTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:20-CV-253-WKW |
| | ) | [WO] |
| MICHAEL BOROWICZ, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# **ORDER**

Before the court is the Recommendation of the Magistrate Judge (Doc. # 98) to which Plaintiff has filed no objections. Based upon an independent review of the record, 28 U.S.C. § 636(b), the court finds that the Recommendation should be adopted. Accordingly, it is ORDERED as follows:

(1) The Recommendation (Doc. # 98) is ADOPTED.

(2) Defendants' special reports (Doc. # 21; Doc. # 44), which the court construes as motions for summary judgment, are GRANTED.

(3) This action is DISMISSED with prejudice.

Final judgment will be entered separately.

DONE this 11th day of September, 2023.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE